U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
FEB 1 0 2010
CLERK, U.S. DISTRICT COURT
By _____
Deputy

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| DONNA JEAN MOXLEY, § <br> § <br> Plaintiff, § <br> § <br> VS. § <br> § <br> MICHAEL J. ASTRUE, § <br> COMMISSIONER OF SOCIAL § <br> SECURITY, § <br> § <br> Defendant. § | NO. 4:08-CV-731-A |

## ORDER

Came on for consideration the above-captioned action wherein Donna Jean Moxley is plaintiff and Michael J. Astrue, Commissioner of Social Security, is defendant. This is an action for judicial review of a final decision of the Commissioner denying plaintiff's claim for supplemental security income benefits under Title XVI of the Social Security Act. On January 19, 2010, the United States Magistrate Judge issued his proposed findings, conclusions, and recommendation and granted the parties until February 9, 2010, in which to file and serve objections. Because timely objections have not been filed, the court adopts the magistrate judge's proposed findings and conclusions and accepts the magistrate judge's recommendation.

Therefore,

The court ORDERS that the decision of defendant that plaintiff was not entitled to supplemental security income benefits under Title XVI of the Social Security Act be, and is hereby, affirmed.

SIGNED February 10, 2010.

_____
JOHN McBRYDE
United States District Judge